## RAINSBERGER v. NEVADA.

No. 368, Misc.   Decided January 31, 1966.

*Samuel S. Lionel* for appellant.

*Paul C. Parraguirre* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## NAWROCKI v. MICHIGAN.

No. 966, Misc.   Decided January 31, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.